UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN RAY WOODS, JR, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY UTTECHT, <br><br> Respondent. | CASE NO. C18-5367 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's federal habeas corpus petition is **DISMISSED without prejudice**; petitioner may re-file his petition after he has exhausted his state court remedies;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 3rd day of July, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER